IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

MARY MARGARET NUNEZ,

        Plaintiff,                            JUDGMENT IN A CIVIL CASE

    v.                                            Case No. 11-cv-218-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.
_____

        This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.
_____

        IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Mary Margaret Nunez against defendant Carolyn W. Colvin, Acting Commissioner of Social Security, reversing the decision of the Acting Commissioner and remanding for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).


      _____s/ A. Wiseman, Deputy Clerk_____          _____12/23/2013_____
             Peter Oppeneer, Clerk of Court                              Date