IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARY NUNEZ,

        Plaintiff,                        JUDGMENT IN A CIVIL CASE

    v.                                        Case No. 11-cv-218-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Mary Nunez attorney fees and costs in the amount of $7,350.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


      __s/ A. Wiseman, Deputy Clerk__      ___April 29, 2014___
        Peter Oppeneer, Clerk of Court                Date